**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Courtney Renee Hinson and Nevin Casey Burton,

Of whom Courtney Renee Hinson is the Appellant.

In the interest of minor children under the age of 18.

Appellate Case No. 2019-000608

———————————

Appeal From Horry County
Ronald R. Norton, Family Court Judge

———————————

Unpublished Opinion No. 2019-UP-362
Submitted November 1, 2019 – Filed November 7, 2019

———————————

**AFFIRMED**

———————————

Harry A. Hancock, of Columbia, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan, PA, of Kingstree, for Respondent.

Ian Andrew Taylor, of Taylor Law Office, of Pawleys Island, and Michael Julius Schwartz, of Russell B. Long,

PA, of Myrtle Beach, both for the Guardian ad Litem.

––––––––––––

**PER CURIAM:**  Courtney Renee Hinson appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hinson's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and HILL, JJ., concur.**

––––––––––––

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.